**IN THE COURT OF APPEALS OF TENNESSEE**
**WESTERN SECTION AT JACKSON**



**FILED**

**Feb. 21, 1997**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

**BRIAN WOLNEY and WIFE,** )
**MELISSA WOLNEY** )
                                                    )
      Plaintiffs/Appellants, )      Shelby Circuit No. 56764
                                                    )
**vs.** )
                                                    )      Appeal No. 02A01-9508-CV-00169
                                                    )
**LISA M. EMMONS and WELLS** )
**FARGO ARMORED SERVICE** )
**CORPORATION,** )
                                                    )
      Defendants/ Appellees. )

## ORDER

The petition for rehearing filed in behalf of the Appellants is denied.

Entered this _____ day of _____, 1997.

_____HOLLY KIRBY LILLARD, J.

_____ALAN E. HIGHERS, J.

_____DAVID R. FARMER, J.